UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-5-GCM

| | |
|---|---|
| SHEA HOMES, LLC, | ) |
|               Plaintiff, | ) |
| v. | ) |
| | )    **ORDER** |
| OLD REPUBLIC NATIONAL TITLE | ) |
| INSURANCE CO., | ) |
|              Defendant. | ) |
| | ) |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, February 4, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 18, 2007

Graham C. Mullen
United States District Judge