**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:05cv005**


| | |
|---|---|
| **SHEA HOMES, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |


**J U D G M E N T**

For the reasons set forth in the Memorandum and Order filed

herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Defendant's Motion for Summary Judgment is **GRANTED**, and this

case is **DISMISSED**.  Judgment is hereby entered in favor of the

Defendant against the Plaintiff.

Signed: November 5, 2007

Martin Reidinger
United States District Judge